UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Toyota Motor Credit Corporation*

In re:

Jennifer Jacqueline Savery
Debtor.

Chapter: 13

Case No.: 26-19182-JNP

Hearing Date: October 21, 2026

Judge Jerrold N. Poslusny Jr.

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, Toyota Motor Credit Corporation, objects to confirmation and states:

1. Creditor is the lienholder on the title to the following vehicle:

2017 Lexus RX350, VIN: 2T2BZMCAXHC126213 (“Vehicle”).

2. Creditor filed Proof of Claim Number 2-1 in the total amount of $16,367.84.

3. The Debtor’s proposed Plan seeks to value Creditor’s secured claim on the Vehicle to $14,130.00.

4. However, Creditor asserts the replacement value of the Vehicle is higher than stated in the Plan, specifically $20,175.00, pursuant to the J.D. Power Used Car Guide, which is attached hereto as Exhibit A, and the reasoning in *In re Scott*, 437 B.R. 168, 174-75 (Bankr. D.N.J. 2010).

5. Accordingly, the Plan should be modified to reflect a secured claim in the amount of $20,175.00, to be paid at the *Till* rate of 8.75% over the life of the Plan.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

Stewart Legal Group, P.L.,
attorney for Toyota Motor Credit Corporation

Dated: September 29, 2026

By: */s/Gavin N. Stewart, Esq.*
Gavin N. Stewart, Esq.