JD Power Used Cars/Trucks

**National Bankruptcy Services, LLC**

14841 Dallas Parkway, Suite 300
Dallas, TX 75254
972-643-6612
Joshua.Priddy@NBSDefaultServices.com

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2017 Lexus RX Utility 4D RX350 AWD 3.5L V6 |
| Region: | Eastern |
| Period: | August 12, 2026 |
| VIN: | 2T2BZMCAXHC126213 |
| Mileage: | 117,500 |
| Base MSRP: | $44,620 |
| Typically Equipped MSRP: | $55,675 |
| Weight: | 4,387 |



## JD Power Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $15,850 | N/A | -$600 | **$15,250** |
| Average Trade-In | $17,875 | N/A | -$600 | **$17,275** |
| Clean Trade-In | $19,575 | N/A | -$600 | **$18,975** |
| Clean Loan | $17,625 | N/A | -$600 | **$17,025** |
| Clean Retail | $20,825 | N/A | -$650 | **$20,175** |
| **Weekly Auction** | | | | |
| Low | $15,425 | N/A | N/A | **$15,425** |
| Average | $17,850 | N/A | N/A | **$17,850** |
| High | $20,300 | N/A | N/A | **$20,300** |
| **Weekly Used** | | | | |
| Rough Trade-In | N/A | N/A | N/A | **N/A** |
| Average Trade-In | N/A | N/A | N/A | **N/A** |
| Clean Trade-In | N/A | N/A | N/A | **N/A** |
| Clean Loan | N/A | N/A | N/A | **N/A** |
| Clean Retail | N/A | N/A | N/A | **N/A** |

JD Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2026 JD Power

9/11/2026

JD Power Used Cars/Trucks

| Base | Mileage Adj. | Option Adj. | Adjusted Value |
| --- | --- | --- | --- |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
| --- | --- | --- |
| W/out Rear Parking Sensors [VIN Precision+] | -$75 | -$75 |
| W/out Leather Seats [VIN Precision+] | -$300 | -$325 |
| W/out Driver's Seat Memory [VIN Precision+] | -$50 | -$50 |
| W/out Levinson Stereo [VIN Precision+] | -$175 | -$200 |

JD Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2026 JD Power