| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Toyota Motor Credit Corporation* | Chapter: 13 |
| In re:<br><br>Jennifer Jacqueline Savery<br>Debtor. | Case No.: 26-19182-JNP<br><br>Hearing Date: October 21, 2026<br><br>Judge Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, Jennifer Baker:

   ☐ represent the ______________________ in the above-captioned matter.

   ☑ am the legal assistant for Stewart Legal Group, P.L. who represents the Creditor.

   ☐ am the ______________________ in the above case and am representing myself.

2. On September 29, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Objection to Confirmation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| | |
|---|---|
| September 29, 2026 | /s/*Jennifer Baker* |
| Date | Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by court ) |
| Jennifer Jacqueline Savery<br>15 W Redwood Ave Unit 2<br>Pleasantville, NJ 08232-1081 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by court) |
| Michael I. Assad<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002 | Debtor’s Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by court ) |