Certificate Number: 13861-NJ-DE-041354677

Bankruptcy Case Number: 26-19182

13861-NJ-DE-041354677

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2026, at 5:38 o'clock PM PDT, Jennifer Jacqueline Savery completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: August 21, 2026

By: /s/Suzanne Bourbois

Name: Suzanne Bourbois

Title: Counselor